## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SOLOMON JOHNSON, | : | |
|     Plaintiff, | : | No. 1:14-cv-0896 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| DEPARTMENT OF CORRECTIONS, | : | (Magistrate Judge Blewitt) |
|     Defendant | : | |

## ORDER

**AND NOW**, on this 10th day of November 2014, **IT IS HEREBY ORDERED THAT:**

1. Magistrate Judge Blewitt's Report and Recommendation (Doc. No. 10) is **ADOPTED**;

2. Plaintiff's objections (Doc. No. 11) are **OVERRULED**;

3. Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**, and Defendant Department of Corrections is **DISMISSED WITH PREJUDICE**;

4. Plaintiff is directed to file an amended complaint within twenty days of the date of this order, limited to claims (1) arising at SCI-Benner and (2) which have been fully exhausted through the DOC administrative remedy processes; and

5. The case is referred to Magistrate Judge Blewitt for further pretrial management and resolution of any pending motions.

                                                S/ Yvette Kane  
                                                Yvette Kane, District Judge  
                                                United States District Court  
                                                Middle District of Pennsylvania