IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SOLOMON JOHNSON, | : | CIVIL ACTION NO. 1:14-cv-896 |
| Plaintiff | : | (Judge Kane) |
| | : | (Magistrate Judge Saporito) |
| v. | : | |
| DEPARTMENT OF CORRECTIONS, et al., | : | |
| Defendants | : | |

## O R D E R

Before the Court in the above-captioned action is the March 3, 2016 Report and Recommendation of Magistrate Judge Saporito. No timely objections have been filed.

**AND NOW**, on this 22nd day of March 2016, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation (Doc. No. 51) of Magistrate Judge Saporito;

2) Defendants' motions to dismiss (Doc. Nos. 38, 41) pursuant to Federal Rule of Civil Procedure 12(b)(6) are **GRANTED** as follows:

   a) Plaintiff Solomon Johnson's Section 1983 claims, (Doc. No. 43), are **DISMISSED WITH PREJUDICE**;

   b) Plaintiff Solomon Johnson's state-law claims, (Doc. No. 43), against Defendant Dancha are **DISMISSED WITHOUT PREJUDICE** to Plaintiff re-filing these claims in an appropriate state court forum; and

3) The Clerk of Court shall **CLOSE** this case.

*S/ Yvette Kane*
YVETTE KANE, District Judge
United States District Court
Middle District of Pennsylvania
